Order entered December 6 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00839-CR
No. 05-12-00840-CR

JUAN FRANCISCO TURCIOS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-70886-P, F11-70896-P

## ORDER

The Court **REINSTATES** the appeals.

On October 10, 2012, we ordered the trial court to conduct make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and entitled to court-appointed counsel; (3) appellant's pro se notice of appeal requested counsel, but the request was not brought to trial court's attention and counsel was not appointed; (3) the court has appointed Matthew Kita to be appellant's attorney; and (4) the court recommends that Mr. Kita be given forty-five days from December 3, 2012 to file appellant's brief.

We **DIRECT** the Clerk to list Matthew Kita as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief by **JANUARY 31, 2013**.

_____

DAVID L. BRIDGES
JUSTICE